# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
#### 5:11-CR- 00178-BO-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **ORDER** |
| | : | |
| **MARTEL TOLANDO JOHNSON** | : | |
| **Defendant** | : | |

For good cause shown, defense counsel's Motion to Continue Arraignment is hereby

GRANTED and the arraignment is continued until the _November_ term of

court.

It is further ordered that any delay that results from this continuance is excluded from the

Speedy Trial Act computation pursuant to 18 U.S.C. § 3161 (h) (7) (A) for the reason that the

ends of justice served by granting this continuance outweigh the best interest of the public and

the Defendant to a speedy trial.

This the __19__ day of September, 2011.

_Terence Boyle_
United State District Court Judge